UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MISEMER PHARMACEUTICALS, INC.     PLAINTIFF

vs.     Civil No. 3:21-cv-00107-GHD-RP

VIRTUS PHARMACEUTICALS, LLC     DEFENDANT

---

VIRTUS PHARMACEUTICALS, LLC     COUNTERCLAIMANT

vs.

MISEMER PHARMACEUTICALS, LLC;
ARUN KAPOOR     COUNTERCLAIM DEFENDANTS

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant Virtus Pharmaceuticals, LLC's motion to dismiss [Doc. No. 83] is GRANTED;

(2) the Plaintiff Misemer Pharmaceuticals, Inc.'s claims are DISMISSED WITH PREJUDICE; and

(3) Virtus Pharmaceuticals, LLC's counterclaims shall PROCEED.

SO ORDERED, this, the 25th day of April, 2023.

_____
SENIOR U.S. DISTRICT JUDGE